[No. 50006-6-I.  Division One.  April 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN LEE GODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01187-6, Linda C. Krese, J., entered January 9, 2002. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Kennedy, J.

[No. 50132-1-I.  Division One.  April 14, 2003.]

DIAMOND "B" CONSTRUCTORS, INC., *Appellant*, v. GRANITE FALLS SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-07338-7, James H. Allendoerfer, J., entered February 12, 2002. *Reversed* by unpublished opinion per Agid, J., concurred in by Cox, A.C.J., and Coleman, J. Now published at 117 Wn. App. 157.

[Nos. 26327-1-II; 26342-4-II.  Division Two.  April 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE OSALDE, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 99-1-01005-9, Stephen M. Warning, J., entered August 2, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.